UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BONNY LOU BUZZELL HUTCHINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAINE STATE HOUSING and ) <br> ) <br> UNITED STATES PROBATION ) <br> AND PRETRIAL SERVICES, ) <br> ) <br> Defendants. ) | 1:14-cv-00491-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed April 16, 2015 (ECF No. 19), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Probation and Pretrial Services' Motion to Dismiss (ECF No. 13) be and hereby is GRANTED.

It is further ORDERED that Defendant Maine State Housing's Motion to Dismiss (ECF No. 15) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2015